# ELECTRONIC RECORD

950-15

COA #   02-14-00345-CR          OFFENSE:   49.07

STYLE:   Angel Torres v. The State of Texas     COUNTY:   Tarrant

COA DISPOSITION:      AFFIRMED          TRIAL COURT:   396th District Court

DATE: 07/02/15               Publish: NO   TC CASE #:      1301363D

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Angel Torres v. The State of Texas          CCA #:   950-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**